**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:04-mj-00153** |
| | ) | |
| **LONNIE GASPERINI** | ) | |

**CA 06 420**

# MOTION UNDER 28 U.S.C. 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Now comes counsel and hereby enters his appearance on behalf of Mr. Lonnie Gasperini in the above-captioned matter.

Olin W. Thompson, III
***McKiernan Thompson & Millea***
243 North Main St.
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)