UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LONNIE GASPERINI<br><br>vs.<br><br>UNITED STATES OF AMERICA | C.A. No. 06-420-ML |

**ORDER**

Petitioner Lonnie Gasperini, through his counsel, has filed a motion under 28 U.S.C. § 2255 To Vacate, Set Aside or Correct Sentence in this Court.

Although Gasperini's motion to vacate is signed under penalty of perjury by his counsel, Olin W. Thompson, III, see Rule 2(b)(5) of the Rules Governing Section 2255 Proceedings for the United States District Courts, the final paragraph of the motion makes reference to an "affidavit by Petitioner," to be filed "once the affidavit is received by counsel" from Gasperini. To date, no such affidavit has been received by this Court.

Accordingly, it is hereby ORDERED that such affidavit be filed on or before December 20, 2006. If such affidavit is not filed by that date, or if Gasperini shall not have otherwise shown cause as to why his motion to vacate should not be dismissed, this matter shall be dismissed.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
November 30, 2006

ENTERED as an Order of this Court on November 30, 2006.

Barbara Barletta
Deputy Clerk