**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LONNIE GASPERINI

**V.** **CA 06-420ML**

**UNITED STATES OF AMERICA**

**ORDER**

The Government is hereby ordered to respond to the Affidavit in Support of the #2255 Petition on or before **January 12, 2007.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**United States District Judge**
**December 20 , 2006**

**ENTERED as an Order of this Court on December 20 ,2006.**

Barbara Barletta

**Deputy Clerk**