**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LONNIE GASPERINI** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:06-cv-00420-ML** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

# MOTION FOR EXTENSION OF TIME

Now comes defendant, Lonnie Gasperini, and asks this Honorable Court to grant him an Extension of Time of 60 days prior to scheduling a hearing in the matter or rendering a decision without need for a hearing.

As grounds defendant submits that he has alleged an illegal sentencing enhancement in this matter due to an illegal and unconstitutional state court conviction which served as one of the two Career Offender predicate offenses. Defendant, through other counsel, is presently litigating the constitutionality of that state court conviction in Rhode Island Superior Court. Counsel in that pending state post-conviction matter has told counsel for the defendant in this matter that a hearing on the merits should be scheduled in the coming weeks.

The petition before this court rests entirely on the claim that Mr. Gasperini's state court conviction was unconstitutional. This federal post-conviction matter therefore rises or falls with the state post-conviction matter. It is therefore in the interests of justice as well as conservation of judicial resources to allow the pending state court post-conviction proceedings to conclude prior to holding a hearing or rendering a decision on this matter.

WHEREFORE defendant seeks an Extension of Time of 60 days prior to the Court's

scheduling a hearing or rendering a decision in this matter.

Respectfully submitted,
Lonnie Gasperini,
By his Counsel,

_______________________

Olin W. Thompson, III
127 Dorrance St., Penthouse Suite
Providence, RI 02903

## CERTIFICATION

I hereby certify that a true and accurate copy of this Motion was mailed, postage prepaid, to US Attorney Adi Goldstein at 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, on this the 21st of May, 2007.

_______________________